UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 17 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Leonard Dunning,                )
                                )
      Plaintiff,                )
                                )
      v.                        )     Civ. Action No. 03-1980 (RJL)
                                )
Paul A. Quander,                )
  Director, Court Services and  )
  Offender Supervision Agency,  )
                                )
      Defendant.                )

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 17th, day of March 2006, hereby

**ORDERED** that [#15] Defendant's Motion for Summary Judgment is GRANTED; and it is further

**ORDERED** that judgment is entered in favor of the defendant, and the case is DISMISSED with prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

